IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| SHARON AGUILAR,<br>        Plaintiff<br><br>v.<br><br>MUSCLETECH RESEARCH AND<br>DEVELOPMENT, INC.,<br>GN OLDCO CORPORATION F/K/A<br>GENERAL NUTRITION CORPORATION,<br>        Defendants | CASE NO.: 05 10871 RCL |

## STIPULATION TO EXTEND TIME

The Plaintiff, Sharon Aguilar, by her counsel, Michael S. Appel, and the Defendant, Muscletech Research and Development, Inc. ("Muscletech"), by its counsel, Albert P. Zabin, hereby stipulate that the time in which the Defendant, Muscletech, is required to file an Answer or other responsive pleading may be extended up to and including June 20, 2005.

Respectfully submitted,

| The Plaintiff,<br>SHARON AGUILAR,<br>By her attorneys, | The Defendant,<br>MUSCLETECH RESEARCH AND<br>DEVELOPMENT, INC.,<br>By its attorneys, |
|---|---|
| _____<br>Michael S. Appel, B.B.O. No.: 543898<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street<br>Boston, MA 02110<br>(617) 227-3030 | _____<br>Albert P. Zabin, B.B.O. No.: 538380<br>Duane Morris LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>(617) 289-9200 |

Dated: June 3, 2005

BOS\132027.1

2

## CERTIFICATE OF SERVICE

I, Albert P. Zabin, hereby certify that on this 3rd day of June, 2005, I forwarded a copy of the above Stipulation to Extend Time to the following counsel of record via first class, postage prepaid mail:

Michael S. Appel, B.B.O. No.: 543898
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02110

_____
Albert P. Zabin

2

BOS\132027.1