UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON AGUILAR, | : |
| Plaintiff, | : |
| v. | : |
| MUSCLETECH RESEARCH AND DEVELOPMENT, INC., GN OLDCO CORPORATION (F/K/A GENERAL NUTRITION CORPORATION) | : Civil Action No.: 05-10871 RCL |
| Defendants. | : |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard P. Campbell of the law firm of Campbell Campbell Edwards & Conroy, Professional Corporation as counsel for Defendant, GN Oldco Corporation f/k/a General Nutrition Corporation, in the above-captioned matter.

GN OLDCO CORPORATION
f/k/a GENERAL NUTRITION CORPORATION

By its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION

_Richard P. Campbell_ (RPC)
Richard P. Campbell (BBO# 071600)
One Constitution Plaza
Boston, MA 02129
(617) 241-3061 (tel)
(617) 241-5115 (fax)
rcampbell@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

I, Christopher R. Conroy, hereby certify that a true copy of the above document was served upon the following attorney's by first class mail this 22 day of June 2005.

Robert J. Binstock
Linda L. Laurent
Michelle W. Wan
REICH & BINSTOCK
4265 San Felipe, Suite 1000
Houston, Texas 77027
(713) 622-7271
(713) 623-8724 (FAX)

Michael S. Appel, Esq.
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, Massachusetts 02110
(617) 227-3030

_____
Christopher R. Conroy