UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON AGUILAR,<br><br>    Plaintiff,<br>v.<br><br>MUSCLETECH RESEARCH AND DEVELOPMENT, INC., GN OLDCO CORPORATION (F/K/A GENERAL NUTRITION CORPORATION)<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No.: 05-10871 RCL<br>:<br>:<br>:<br>:<br>: |

## GN OLDCO CORPORATION'S (F/K/A GENERAL NUTRITION CORPORATION) CORPORTATE DISCLOSURE

Pursuant to Local Rule 7.3, Defendant GN Oldco Corporation f/k/a General Nutrition Corporation provides the following corporate disclosure:

Defendant GN Oldco Corporation f/k/a General Nutrition Corporation was an indirect, wholly-owned subsidiary of Royal Numico N.V., a corporation organized under the laws of The Netherlands headquartered in Zoetermeer, The Netherlands, whose shares are publicly traded on the Amsterdam Stock Exchange. No other publicly held corporation owns/owned 10% or more of the stock of GN Oldco Corporation f/k/a General Nutrition Corporation.

GN OLDCO CORPORATION
f/k/a GENERAL NUTRITION CORPORATION

By its Attorneys,

**CAMPBELL CAMPBELL EDWARDS & CONROY, PROFESSIONAL CORPORATION**

_____
Richard P. Campbell (BBO# 071600)
Christopher R. Conroy (BBO# 661155)
One Constitution Plaza
Boston, MA 02129
(617) 241-3061 (tel)
(617) 241-5115 (fax)
rcampbell@campbell-trial-lawyers.com
cconroy@campbell-trial-lawyers.com

### CERTIFICATE OF SERVICE

I, Christopher R. Conroy, hereby certify that a true copy of the above document was served upon the following attorney's by first class mail this _22_ day of June 2005.

Robert J. Binstock
Linda L. Laurent
Michelle W. Wan
REICH & BINSTOCK
4265 San Felipe, Suite 1000
Houston, Texas 77027
(713) 622-7271
(713) 623-8724 (FAX)

Michael S. Appel, Esq.
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, Massachusetts 02110
(617) 227-3030

_____
Christopher R. Conroy