IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

SHARON AGUILAR,

        Plaintiff,

v.

MUSCLETECH RESEARCH AND
DEVELOPMENT, INC. AND GN OLDCO
CORPORATION, INC. F/K/A GENERAL
NUTRITION CORPORATION

        Defendants.

Case No.: 05 10871 RCL

## CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, MUSCLETECH RESEARCH AND DEVELOPMENT, INC.

Parent company of MuscleTech Research and Development, Inc. ("MuscleTech"), a Defendant in this action, is Iovate Health Sciences Group, Inc. Neither the Defendant nor its parent company is publicly traded.

Respectfully submitted,
The Defendant,
MUSCLETECH RESEARCH AND
DEVELOPMENT, INC.,
By its attorneys,

_____
Albert P. Zabin, Esquire; B.B.O. No.: 538380
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

Dated: June 28, 2005

BOS\133358.1

- 2 -

## CERTIFICATE OF SERVICE

I, Albert P. Zabin, hereby certify that on June 18, 2005, I served the foregoing Corporate Disclosure Statement of the Defendant, Muscletech Research and Development, Inc., to Plaintiff's Complaint via first class mail, postage prepaid to the following:

Michael S. Appel, Esquire
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02110

Robert J. Binstock, Esquire
Linda L. Laurent, Esquire
Michelle W. Wan, Esquire
Reich & Binstock
4365 San Felipe, Suite 1000
Houston, TX 77027

*/s/ Albert P. Zabin*
Albert P. Zabin, B.B.O. No.: 538380