A CERTIFIED TRUE COPY

JUL 1 4 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 8 2005

FILED
CLERK'S OFFICE

05 CV 6678

DOCKET NO. 1598

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-21)

On April 13, 2004, the Panel transferred 14 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 344 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jed S. Rakoff.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Rakoff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 13, 2004, 314 F.Supp. 2d 1373 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jed S. Rakoff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON,                CLERK

BY _____
          DEPUTY CLERK

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 4 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-21 - TAG-ALONG ACTIONS
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4   05-120 | Tamara Renee Kuykendall v. Experimental Applied Sciences, Inc. |
| **LOUISIANA EASTERN** | |
| LAE 2   05-1965 | Loukrisha Mae Dove, etc. v. NVE, Inc., et al. |
| **MASSACHUSETTS** | |
| MA 1   05-10871 | Sharon Aguilar v. Muscletech Research and Development, Inc., et al. |
| MA 3   05-30039 | Heather C. Brouillette v. Experimental Applied Sciences, Inc. |
| **MINNESOTA** | |
| MN 0   05-967 | Russell Pinske v. Goldshield Group, PLC |
| ~~MN 0   05-978~~ | ~~Murray J. Eaves v. Muscletech Research & Development, Inc., et al.~~ Opposed 7/14/05 |
| **MISSOURI EASTERN** | |
| MOE 1   05-76 | Daniel Byrne, et al. v. Metabolife International, Inc., et al. |
| MOE 4   05-875 | Jody Barber, et al. v. Rexall Sundown, Inc., et al. |
| **MISSOURI WESTERN** | |
| MOW 4   05-440 | Sherida L. Miller v. Premier Marketing |
| MOW 4   05-482 | Mark Durbin v. Metabolife International, Inc. |
| MOW 4   05-483 | Sylvia Norman, et al. v. Metabolife International, Inc. |
| MOW 5   05-6050 | Gerald M. Martin v. Metabolife International, Inc. |
| **SOUTH CAROLINA** | |
| SC 4   05-920 | Daniel Parker, et al. v. Natural Balance, Inc., et al. |